IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**KNAPP, RALPH C**

Case No. 8-bk-10-11292-KRM

Debtor(s)
_____/

## REPORT AND NOTICE OF INTENTION TO SELL

## PROPERTY OF THE ESTATE

TO: Creditors, Debtor and Parties in Interest:

SHARI STREIT JANSEN, the Trustee duly appointed and acting for the above-captioned estate, reports that she intends to sell 21 days from mailing by Bankruptcy Court, at the following location: 1037 North Washington Boulevard, Sarasota, Florida 34236 the following property of the estate of the Debtor, under the terms and conditions set forth below:

1. Description of Property: life estate of Ralph Knapp in farm land lease – property located at 2937 Hwy 20 Moville IOWA 51039
2. Manner of Sale: Private
3. Terms of Sale: Cash
   A. To: Telephone Auction – Trustee's Office - Highest bidder to date – Amir Ghavi
   B. Sale Price: $ 5,800.00-
   C. All right, title and interest of bankruptcy estate, if any.
   D. Subject to all liens and encumbrances, if any.
      No warranties of no liens. No warranties of any kind.
      ALL PROPERTY SOLD "AS IS, WHERE IS"
      Lienors believed existing are listed below.
   Lienor: None listed in Debtor(s)' schedules.


The Trustee will entertain any higher bids for the purchase of the assets of the Debtors which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address list below no later than the close of business on 20 days from the date of mailing by Bankruptcy Court as indicated below. If more than one bid has been received, a telephone auction will occur among the three highest bidders after 20 days.

**NOTICE IS HEREBY GIVEN** that all objections to the sale described above shall be in writing and shall be filed with the United States Bankruptcy Court, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602, and a copy of the same shall be served on the Trustee within 20 days from the date of mailing. The objections shall state the reasons therefore and shall include a request for

hearing on the objections.  If no objections are filed, the sale described above will take place.


/s/ Shari Streit Jansen

Shari Streit Jansen, Trustee
P.O. Box 50667
Sarasota, Fl  34232-0305
(941) 378-3330 FBN 394599

Copies mailed by the Court as follows:
Debtor, KNAPP, RALPH C
Debtor's Atty, SONYA C. COLON
Shari Streit Jansen, Trustee
Assistant U.S. Trustee
All creditors and parties in Interest